KAEMPFER CROWELL
Ryan M. Lower, NV Bar No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Tel: 702-792-7000
Fax: 702-796-7181
RLower@kcnvlaw.com

MCDERMOTT WILL & EMERY LLP
Michael P. Chu (*pro hac vice forthcoming*)
Brian A. Jones (*pro hac vice forthcoming*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Tel: 312-372-2000
Fax: 312-984-7700
mchu@mwe.com
bajones@mwe.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **TRAEGER PELLET GRILLS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GMG PRODUCTS LLC,**<br><br>Defendant. | Case No. 2:20-cv-02161-APG-DJA<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LR 7.1-1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff Traeger Pellet Grills LLC certifies that the following have an interest in the outcome of this case or are related entities in the case: There are no known interested parties other than those participating in this case.

Plaintiff Traeger Pellet Grills LLC states that it is not publicly traded, its parent corporation is Traeger Pellet Grills Intermediate Holdings, LLC, and that no publicly held corporation owns 10% or more of its stock. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: November 24, 2020               Respectfully submitted,


                                        */s/ Ryan M. Lower*
                                        Ryan M. Lower, NV Bar No. 9108
                                        KAEMPFER CROWELL
                                        1980 Festival Plaza Drive, Suite 650
                                        Las Vegas, NV 89135
                                        Tel: 702-792-7000
                                        Fax: 702-796-7181
                                        RLower@kcnvlaw.com

                                        Michael Chu
                                        Brian Jones
                                        MCDERMOTT WILL & EMERY LLP
                                        444 West Lake Street, Suite 4000
                                        Chicago, IL 60606
                                        Telephone: (312) 372-2000
                                        mchu@mwe.com
                                        bajones@mwe.com


                                        *Counsel for Complainant*
                                        *Traeger Pellet Grills LLC*

1