UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TRAEGER PELLET GRILLS LLC

        Plaintiff(s),

  vs.

GMG PRODUCTS LLC

        Defendant(s).

Case # 2:20-cv-02161-APG-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Brian A. Jones_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

McDermott Will & Emery LLP
(firm name)

with offices at  444 West Lake Street, Suite 4000  ,
(street address)

Chicago , Illinois , 60606 ,
(city) (state) (zip code)

312-984-7694 , bajones@mwe.com .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Traeger Pellet Grills LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  10/11/2011 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  Illinois  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois Supreme Court | 10/11/2011 | 6306266 |
| Federal Circuit Court of Appeals | 02/05/2014 | |
| Northern District of Illinois | 1/06/2012 | |
| Seventh Circuit Court of Appeals | 3/25/2016 | |
| Eastern District of Texas | 05/01/2017 | |
| Northern District of Texas | 02/27/2019 | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations. (State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Florida__ )
)
COUNTY OF __Miami Dade__ )

__Brian A. Jones__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__25__ day of __November__, __2020__.

_____Electronic Notary Public_____
Notary Public or Clerk of Court
Notarized online using audio-video communication

CAROLA OLSES
Notary Public - State of Florida
Commission # GG986501
Expires on May 11, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Ryan M. Lower__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__1980 Festival Plaza Drive, Suite 650__,
(street address)
__Las Vegas__, __Nevada__, __89135__,
(city)        (state)        (zip code)
__702-792-7000__, __RLower@kcnvlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Ryan M. Lower_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Tom Burton, General Counsel, Traeger Pellet Grills LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9108                            RLower@kcnvlaw.com
Bar number                      Email address

APPROVED:

Dated: this _1st_ day of _December_, 20_20_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Brian A. Jones
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606

**<u>Via Electronic Mail</u>**

Chicago
Wednesday, November 25, 2020

In re:   Brian Andrew Jones
Admitted: 11/10/2011
Attorney No. 6306266

To Whom It May Concern:

     The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator


By:  /s/ **Darryl R. Evans**
       Darryl R. Evans
       Senior Deputy Registrar

DRE