JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:   (702) 629-7900
Facsimile:    (702) 629-7925
Email:          jph@mgalaw.com

DAVID A. LOWE, ESQ. (*pro hac vice forthcomming*)
Washington Bar No. 24453
**LOWE GRAHAM JONES**
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone:   (206) 381-3301
Facsimile:    (206) 381-3301
Email:          lowe@lowegrahamjones.com

*Attorneys for Defendant GMG Products LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAEGER PELLET GRILLS LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>GMG PRODUCTS LLC,<br><br>                    Defendants. | Case No. 2:20-cv-02161-MMD-DJA<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR GMG PRODUCTS LLC TO FILE A RESPONSE TO TRAEGER PELLET GRILLS LLC'S COMPLAINT [ECF NO. 1]**<br><br>**[FIRST REQUEST]** |

Defendant GMG PRODUCTS LLC ("GMG Products"), by and through its attorneys, the law firm of MAIER GUTIERREZ & ASSOCIATES, and plaintiff TRAEGER PELLET GRILLS LLC ("Traeger Grills"), by and through its attorneys, KAEMPFER CROWELL and MCDERMOTT WILL & EMERY LLP, hereby STIPULATE AND AGREE that GMG Products' deadline to file a response to Traeger Grills' Complaint [ECF No. 1] should be extended from December 21, 2020 to and including **Thursday, February 4, 2021.**

/ / /

/ / /

1

This extension is requested as a result of the procedural posture of this case, change in counsel for GMG Products, Covid-19 and allowing time for previously planned holiday travel. Therefore, GMG Products is respectfully requesting a 45-day extension to provide their response. This extension will not unduly delay this matter in any way.

DATED this 17th day of December 2020.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Jean-Paul Hendricks
_____
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

DAVID A. LOWE, ESQ. (*pro hac vice forthcomming*)
Washington Bar No. 24453
**LOWE GRAHAM JONES**
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
*Attorneys for Defendant GMG Products LLC*

DATED this 17th day of December 2020.

**KAEMPFER CROWELL**

/s/ Ryan M. Lower
_____
RYAN M. LOWER. ESQ.
Nevada Bar No. 9108
1980 Festival Plaza Drive, Suite 650
La Vegas, Nevada 89135

Michael P. Chu (*pro hac vice forthcoming*)
Brain A. Jones (*pro hac vice forthcoming*)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this 18th day of December, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE