KAEMPFER CROWELL
Ryan M. Lower, NV Bar No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Tel: 702-792-7000
Fax: 702-796-7181
Email: rlower@kcnvlaw.com

MCDERMOTT WILL & EMERY LLP
Michael P. Chu (*pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Tel: 312-372-2000
Fax: 312-984-7700
Email: mchu@mwe.com
Email: bajones@mwe.com

*Attorneys for Plaintiff Traeger Pellet Grills LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAEGER PELLET GRILLS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GMG PRODUCTS LLC, <br><br> Defendant. | Case No. 2:20-cv-02161-MMD-DJA <br><br> **STATUS REPORT** |

The present action was stayed on January 12, 2021 pending resolution of co-pending US International Trade Commission Investigation No. 337-TA-1237 (the "ITC Investigation"), which involved the same parties and similar issues as the present action. (See D.I. 26, 27.)  In particular, Traeger Pellet Grills LLC ("Traeger") accuses GMG Products LLC ("GMG") of infringing U.S. Patent Nos. 10,218,833 (the "'833 Patent) and 10,158,720 (the "'720 Patent") in both the present action and the ITC Investigation.

In the ITC Investigation, on September 3, 2021, former Chief Administrative Law Judge Bullock (the "CALJ") granted GMG's Motion for Summary Determination that the accused GMG products do not infringe the asserted claims of the '833 Patent. On December 29, 2021, Traeger appealed this decision to the Court of Appeals for the Federal Circuit, but subsequently moved to dismiss the appeal. On October 18, 2022, the Federal Circuit dismissed the appeal relating to the '833 Patent. *See Traeger Pellet Grills LLC v. ITC*, Case No. 22-1312, Doc. 23 (Fed. Cir. Oct. 18, 2022).

With respect to the '720 Patent, the CALJ issued a Final Initial Determination on December 6, 2021 (attached as Exhibit A). The Final Determination found that (i) the accused GMG products infringe claims 1 and 2 of the '720 Patent; (ii) Traeger has established a domestic industry with respect to the '720 Patent; (iii) GMG is estopped from asserting invalidity; and (iv) that there was no inequitable conduct with respect to the '720 Patent. (Ex. A at 111-112.) GMG petitioned the US International Trade Commission (the "Commission") for reconsideration, but the Commission affirmed the decision. (See Ex. B, Commission Determination not to Review Final Initial Determination.)

On August 29, 2022, GMG appealed the Commission's decision to the Court of Appeals for the Federal Circuit. *See GMG Products LLC v. ITC*, Case No. 22-2171 (Fed. Cir. 2022). Specifically, GMG appealed the Commission's findings on claim construction, infringement, validity, and unenforceability due to inequitable conduct. GMG filed its opening brief on December 19, 2022, and the US International Trade Commission and Traeger, as intervenor, filed their responsive briefs on March 31, 2023. GMG's reply brief is currently due on April

1  21, 2023.  A hearing in the appeal is anticipated, but it has not yet been scheduled.

2  Because the appeal relating to the '720 patent is still pending, the
3  present case should remain stayed pursuant to 28 U.S.C. § 1659 until the ITC
4  Investigation is fully resolved, which includes all appeals. In addition, although the
5  US International Trade Commission proceedings with respect to the '833 patent
6  have been resolved, the '833 patent is related to the '720 patent, and Traeger
7  believes the case should remain stayed with respect to the '833 patent for the sake
8  of judicial economy and efficiency. Thus, Traeger believes that the Court does not
9  need to schedule any future events at this time.

KAEMPFER CROWELL

Ryan M. Lower, Bar No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

MCDERMOTT WILL & EMERY LLP
Michael P. Chu, IL Bar No. 6210133
444 West Lake Street, Suite 4000
Chicago, Illinois 60606

*Attorneys for Plaintiff*
*Traeger Pellet Grills LLC*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, and that on today's date, I electronically filed the **STATUS REPORT** with the United States District Court CM/ECF system, which will send a notice of electronic filing, to the addressee(s) shown below:

Maier Gutierrez & Associates
Jean-Paul Hendricks
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*AND*

Loew Graham Jones
David A. Lowe
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104

*Attorneys for Defendant GMG Products LLC*

DATED: April 18, 2023.

　　　　　　　　　　　　　　　　 /s/ Morganne Westover
　　　　　　　　　　　　　　　An employee of Kaempfer Crowell